# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:10-CR-109 |
| ) | |
| MARTIN ANAYA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion seeking a modification or reduction of sentence pursuant to 18 U.S.C. 3582(c)(2) and Guideline Amendment 782, filed by Martin Anaya ("Anaya") on March 2, 2015. (DE # 1193). For the reasons set forth below, Defendant's request for a sentencing modification is **DENIED**.

Anaya pled guilty to conspiring to participating in racketeering activity in violation of 18 U.S.C. section 1962(d), and conspiracy to possess with intent to distribute 5 kilograms or more of cocaine and 1,000 kilograms or more of marijuana in violation of 21 U.S.C. Section 846. Anaya's total offense level under the Guidelines was determined to be 43. His Criminal History Category was VI. As a result, his original sentencing guideline range was life, and he was sentenced to a term of 360 months of imprisonment (240 months on Count 1 and 360 months on Count 2, to be served concurrently) after the Court granted the defendant's

motion for downward departure.

As a result of Amendment 782, Anaya's base offense level for Count 2 is reduced to 36. Amendment 782, however, has no effect on the base offense level for Count 1. As a result, the total offense level remains at 43, and his guideline range remains life. In short, Amendment 782 does not change the guideline range for Anaya and he cannot benefit from it.


**DATED: June 11, 2015**               **/s/RUDY LOZANO, Judge**
                                       **United States District Court**